```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

DEQUINDRE MARION,                   *

    Petitioner          *

vs.                                 *
                                                    CASE NO. 4:07-CV-03(CDL)

TODD THOMAS, Warden,                *

    Respondent          *

## ORDER ON REPORT AND RECOMMENDATION

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 7, 2007, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 28th day of January, 2008.

                                                                S/Clay D. Land
                                                                  CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE